UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANDMARK TECHNOLOGY, LLC,

                                    Plaintiff,

        v.

STONEWAY ELECTRIC SUPPLY CO.,

                                    Defendant.

Case No. 2:20-cv-00974-RSM

**STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES**

**NOTE ON MOTION CALENDAR:**
September 17, 2020

JURY DEMAND

        Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Landmark Technology, LLC

("Landmark") and Defendant Stoneway Electric Supply Co. ("Stoneway") hereby stipulate and

jointly move the Court for an extension of the September 18, 2020 deadline for the Parties to reopen

the case. *See* Dkt #8, Minute Order of Dismissal. The Parties propose the deadlines be extended by

ten (10) days to September 28, 2020. The reasons for this Stipulation and Joint Motion is that the

Parties have agreed in principle to settle this case and need the additional ten days to perfect settlement

documentation and ensure implementation of all settlement conditions.

//

STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES - 1
Case No. 2:20-cv-00974-RSM

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53924474.1

DATED this 17th day of September, 2020.


By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

*Attorney for Defendant,*
*Stoneway Electrical Supply Co.*

By: */s/ John A. Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  September 21, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES - 2
Case No. 2:20-cv-00974-RSM

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53924474.1

## CERTIFICATE OF SERVICE

I hereby declare on September 18, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties *via* electronic service

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  September 18, 2020, at Seattle, Washington.

*/s/ McKenna Filler*
Mckenna Filler, Legal Practice Assistant

STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES - 3
Case No. 2:20-cv-00974-RSM

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG:53924474.1